IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   16-CR-00098-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANIEL ANTHONY GARCIA,

    Defendant.

INDICTMENT
18 U.S.C. § 922(g)(1)

The Grand Jury charges:

Count One
(18 U.S.C. § 922(g)(1))

On or about January 25, 2016, in the State and District of Colorado, the Defendant, DANIEL ANTHONY GARCIA, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate commerce.

//

//

//

//

1

The foregoing is in violation of Title 18, United States Code, Section 922(g)(1).

                A TRUE BILL

                <u>"Ink signature on file in Clerk's Office"</u>
                FOREPERSON

JOHN F. WALSH
United States Attorney

*s/Kurt J. Bohn*
KURT J. BOHN
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado   80202
Telephone:   (303) 454-0100
Telecopier:   (303) 454-0403
E-mail:   kurt.bohn@usdoj.gov