DEFENDANT :             DANIEL ANTHONY GARCIA

YEAR OF BIRTH:          1988

ADDRESS:                Pueblo, Colorado

COMPLAINT FILED?        _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  ____ YES  _X_ NO

OFFENSE:        Count One:   Felon in possession of a firearm, 18 U.S.C. § 922(g)(1)

LOCATION OF OFFENSE:    Pueblo County, Colorado

PENALTY:        Count One:   NMT 10 years imprisonment, $250,000.00 fine,
                                     or both; NMT 3 years supervised release, $100.00
                                     special assessment.

AGENT:                  Robert Dunning
                      Special Agent, ATF

AUTHORIZED BY:          Kurt J. Bohn
                      Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_X_ five days or less          ____ more than five days

THE GOVERNMENT:  _X_ will seek detention in this case

OCDETF CASE:    ___ Yes   _X_ No