AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   16-CR-00098-CMA |
| | ) | |
| DANIEL ANTHONY GARCIA | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DANIEL ANTHONY GARCIA                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ❏ Complaint
❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

   Felon in possession of a firearm, 18 U.S.C. ' 922(g)(1)

Date:      03/10/2016                              s/C. Miranda, Deputy Clerk
                                                   *Issuing officer's signature*

City and state:      Denver, CO                    Jeffrey P. Colwell, Clerk of Court
                                                   *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |

Date: _____

                                                   *Arresting officer's signature*


                                                   *Printed name and title*