IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00098-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. DANIEL ANTHONY GARCIA,

        Defendant.

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

        COMES NOW the United States of America, by and through the United States Attorney for the District of Colorado, and requests this Court that the above-named defendant, DANIEL ANTHONY GARCIA, April 10, 1988, #041088, now being confined in the Pueblo County Detention Center 909 Court Pueblo, CO 81003, be brought before a United States Magistrate Judge, as soon as practicable, for an initial appearance in the above-captioned case, and it is necessary that he be present in person for such appearance, and further appearances, and final disposition of his case.

        NOW, THEREFORE, your petitioner respectfully moves that this Court order and issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal for the District of Colorado, or any other United States Marshal, requiring him to serve said writ on the Warden, or Superintendent, or Custodian of any place or institution where the said defendant is confined, and requiring said United States Marshal to produce the defendant before a United States Magistrate Judge as soon as practicable for proceedings and appearances upon the charge set forth in the Indictment, and to hold him at all times in his custody as an agent of the United States of America,

until final disposition of the defendant's case, thereafter to return the defendant to the institution wherein now confined.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney


        By:   *s/Kurt Bohn*
        KURT BOHN
        Assistant U.S. Attorney
        United States Attorney's Office
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0403
        E-mail: Kurt.Bohn@usdoj.gov
        Attorney for the Government