IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00098-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. DANIEL ANTHONEY GARCIA,

        Defendant.

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

        Upon petition of the United States and for good cause shown,

        IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce DANIEL ANTHONEY GARCIA, April 10, 1988, #041088, before a United States Magistrate Judge, as soon as practicable, for proceedings and appearances upon the charge set forth in the Indictment and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

        SO ORDERED this _____ day of _____, 2016.

                                                        _____
                                                        UNITED STATES MAGISTRATE JUDGE
                                                        UNITED STATES DISTRICT COURT
                                                        DISTRICT OF COLORADO