IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00098-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. DANIEL ANTHONY GARCIA,

       Defendant.

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

We command you that you bring the body of DANIEL ANTHONY GARCIA, April 10, 1988, #041088, now being confined in the Pueblo County Detention Center 909 Court Pueblo, CO 81003, before a United States Magistrate Judge, sitting at Denver, Colorado, for an initial appearance upon the charge set forth in the Indictment in the United States District Court for the District of Colorado, and in the above-entitled and pending case; and to hold the said defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the United States District Court for the District of Colorado, you return the defendant to the institution where he was

confined, under safe and secure conduct, and have you then and there this writ.

DATED at Denver, Colorado, this  22nd  day of  March, 2016.

BY THE COURT:

s/A. Thomas, Deputy Clerk
CLERK, UNITED STATES DISTRICT COURT