AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   16-CR-00098-CMA |
| | ) | |
| DANIEL ANTHONY GARCIA | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DANIEL ANTHONY GARCIA                                        ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

  Felon in possession of a firearm, 18 U.S.C. ' 922(g)(1)

Date:     03/10/2016                                          s/C. Miranda, Deputy Clerk
                                                               *Issuing officer's signature*

City and state:   Denver, CO                                Jeffrey P. Colwell, Clerk of Court
                                                               *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/10/16 , and the person was arrested on *(date)* 4/4/16 at *(city and state)* PUEBLO, CO . |
| Date: 4/5/16 |
| Arresting officer's signature |
| ERIK D. HELSING |
| *Printed name and title* |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
04/07/2016

JEFFREY P. COLWELL, CLERK