IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 16-cr-00098-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. DANIEL ANTHONY GARCIA,

        Defendant.

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT,
AND CONTINUE TRIAL DATES**

      This matter is before the Court on Defendant's Unopposed Motion to Vacate the Pretrial Motions Deadlines and Trial Date, and Exclude Ninety (90) Days From the Speedy Trial Act (Doc. # 18).  The Court has reviewed this motion and the case file, and the reasons set forth in the motion, specifically:

1. Defense counsel is in the process of requesting further information regarding matters in pending cases in Pueblo County.

2. Defense counsel needs time for additional investigation, including, but not limited to witness interviews.

3. Defense counsel needs additional time to review ongoing discovery.

      Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial.  It is, therefore,

      ORDERED that Defendant's Unopposed Motion to Vacate the Pretrial Motions Deadlines and Trial Date, and Exclude Ninety (90) Days From the Speedy Trial Act (Doc.

# 18) is GRANTED and the Court hereby grants an ends of justice continuance in this case of <u>90 days, which shall be excluded from the speedy trial clock, which currently stands at June 18, 2016</u>.  It is

ORDERED that pretrial motions are due by July 12, 2016.  Responses due by July 26, 2016.  It is

FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing set for June 2, 2016, is VACATED and RESET to August 18, 2016, at 2:00 PM.  It is

FURTHER ORDERED that five-day jury trial set to begin on June 6, 2016, is VACATED and RESET to August 29, 2016, at 8:30 AM.

DATED:  April 27, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge