IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 16-cr-00098-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. DANIEL ANTHONY GARCIA,

        Defendant.

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT,
AND CONTINUE TRIAL DATES**

This matter is before the Court on Defendant's Unopposed Motion to Vacate the Pretrial Motions Deadlines and Trial Date, and Exclude Forty-Five (45) Days From the Speedy Trial Act (Doc. # 20).  The Court has reviewed this motion and the case file, and the reasons set forth in the motion, specifically:

1. Defense counsel needs additional time to request that subpoenas be issued for additional information as to the Defendant's state court matters.

2. Defense counsel needs additional time to review state court matters pending against Defendant.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial.  It is, therefore,

ORDERED that Defendant's Unopposed Motion to Vacate the Pretrial Motions Deadlines and Trial Date, and Exclude Forty-Five (45) Days From the Speedy Trial Act (Doc. # 20) is GRANTED and the Court hereby grants an ends of justice continuance in

this case of <u>45 days, which shall be excluded from the speedy trial clock, which currently stands at September 16, 2016</u>.  It is

ORDERED that pretrial motions are due by September 6, 2016.  Responses due by September 20, 2016.  It is

FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing set for August 18, 2016, is VACATED and RESET to October 13, 2016, at 3:00 PM.  It is

FURTHER ORDERED that five-day jury trial set to begin on August 29, 2016, is VACATED and RESET to October 24, 2016, at 8:30 AM.

DATED:  July 12, 2016

                      BY THE COURT:

                      _____
                      CHRISTINE M. ARGUELLO
                      United States District Judge