IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00098-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**DANIEL ANTHONY GARCIA**,

       Defendant.

_____

### NOTICE OF DISPOSITION
_____

The defendant, DANIEL ANTHONY GARCIA, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in his case with the government. A Change of Plea Hearing is set for October 13, 2016 at 3:00 p.m.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/ Timothy P. O'Hara
       TIMOTHY P. O'HARA
       Assistant Federal Public Defender
       633 Seventeenth Street, Suite 1000
       Denver, Colorado  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Timothy_OHara@fd.org
       Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2016, I electronically filed the foregoing

   **NOTICE OF DISPOSITION**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

   Kurt J. Bohn
   Assistant U.S. Attorney
   Email: kurt.bohn@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

   Mr. Daniel Garcia  (U.S. Mail)
   Reg. No. 43500-013
   c/o Federal Detention Center

                            s/ Timothy P. O'Hara
                            TIMOTHY P. O'HARA
                            Assistant Federal Public Defender
                            633 Seventeenth Street, Suite 1000
                            Denver, Colorado  80202
                            Telephone:  (303) 294-7002
                            FAX:  (303) 294-1192
                            Timothy_OHara@fd.org
                            Attorney for Defendant