IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00098-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL ANTHONY GARCIA,

    Defendant.
_____

### MOTION TO WITHDRAW AS COUNSEL OF RECORD AND FOR APPOINTMENT OF COUNSEL FROM THE CRIMINAL JUSTICE ACT PANEL
_____

Mr. Garcia, through undersigned counsel, requests an Order withdrawing the Federal Public Defender and undersigned counsel from further representation of Mr. Garcia, and for the appointment of a member of the Criminal Justice Act Panel to represent Mr. Garcia.

Colorado Rule of Professional Conduct 1.16 authorizes withdrawal for good cause.  *See* Colo. RPC 1.16 (2016).  Undersigned counsel maintains that good cause exists for withdrawal in the present case.

Colorado Rule of Professional Conduct 1.7 prevents the representation of a client if the representation involves a concurrent conflict of interest.  *See* Colo. RPC 1.7 (2016).  Such a conflict exists if:

    1) The representation of one client will be directly adverse to another client; or

    2) There is a significant risk that the representation of one or more clients will be materially limited by the lawyer's responsibilities to another client, a former client or a third person . . .

*Id.*

Based on recent information discovered relating to the representation of Mr. Garcia, undersigned counsel believes that continued representation of Mr. Garcia would violate the aforementioned Rules of Professional Conduct.  Undersigned counsel is precluded from further disclosing the reasons for moving to withdraw as the information discovered is covered by the attorney-client privilege.  *See* Colo. RPC 1.6.

Pursuant to D.C. Colo. L. Cr. R. 57.5.D, a copy of this motion is being mailed to Mr. Garcia.  Because Mr. Garcia previously has been declared indigent, and to assist Mr. Garcia in complying with these rules, undersigned counsel respectfully requests that a member of the Criminal Justice Act Panel be appointed to represent Mr. Garcia.

WHEREFORE, undersigned counsel respectfully requests that this Court issue an Order to withdraw the Federal Public Defender and undersigned counsel from further representation of Mr. Garcia, and to appoint a member of the Criminal Justice Act Panel to represent Mr. Garcia.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/Timothy P. O'Hara
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  Timothy_OHara@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2016, I electronically filed the foregoing

**MOTION TO WITHDRAW AS COUNSEL OF RECORD AND FOR APPOINTMENT OF COUNSEL FROM THE CRIMINAL JUSTICE ACT PANEL**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

   Kurt J. Bohn
   Assistant U.S. Attorney
   Email:  kurt.bohn@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

   Mr. Daniel Garcia  (U.S. Mail)
   Reg. No. 43500-013
   c/o Federal Detention Center


                                    s/Timothy P. O'Hara
                                    TIMOTHY P. O'HARA
                                    Assistant Federal Public Defender
                                    633 Seventeenth Street, Suite 1000
                                    Denver, Colorado  80202
                                    Telephone:  (303) 294-7002
                                    FAX:  (303) 294-1192
                                    Email:  Timothy_OHara@fd.org
                                    Attorney for Defendant