IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00098-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  DANIEL ANTHONY GARCIA,

Defendant.

## NOTICE OF APPEARANCE

.

Lynn Pierce of Butler, Landrum & Pierce, P.C. hereby enters her appearance as CJA counsel on behalf of the defendant.

This the 9th day of December, 2016.

                        BUTLER, LANDRUM & PIERCE, P.C.

                        **s/ *Lynn A. Pierce***
                        Lynn A. Pierce #18953
                        720 Kipling Street, Suite 201
                        Lakewood, CO  80215
                        (303) 232-3888
                        lpierce.blp@comcast.net
                        **Attorney for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2016, a true and correct copy of the foregoing was filed via ECF, with a copy to go to all interested parties.

                        **s/ Lynn Pierce**