IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 16-cr-00098-CMA

**UNITED STATES OF AMERICA,**

    Plaintiff,

**v.**

1. **DANIEL ANTHONY GARCIA,**

    Defendant.

## OBJECTION TO PRESENTENCE INVESTIGATION REPORT

COMES NOW Defendant Daniel Anthony Garcia (Mr. Garcia), through counsel Lynn Pierce pursuant to FED. R. CRIM. P. 32(f) and submits the following Objection to the Presentence Report [Doc. No. 39], as follows:

## INTRODUCTION

On October 13, 2016, Mr. Garcia pled guilty to Count 1 of the Indictment, charging a violation of 18 U.S.C. § 922(g)(1), possession of a firearm by a previously convicted felon.

## OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

    A.    GUIDELINE COMPUTATIONS:  Mr. Garcia has no objection to the guideline calculations.

    B.    STANDARD AND SPECIALCONDITIONS OF SUPERVISED RELIEF

**Page R-3, paragraph 2:**

Mr. Garcia objects to the recommended special condition that he participate in a domestic violence program.  The instant offense had nothing to do with a domestic violence crime and he advises counsel that he completed domestic violence treatment in 2009.  Regardless, attending a domestic violence program would be time-consuming and would interfere with the substantial time needed to comply with other conditions.  Mr. Garcia believes the more appropriate conditions, such as mental health and substance abuse treatment, are more essential to his re-integration into the community.

## CONCLUSION

Due to the foregoing, Mr. Garcia respectfully requests that the Court decline ordering that Mr. Garcia attend a domestic violence program.

Dated this 5th day of January, 2017.

                Respectfully submitted,

                BUTLER, LANDRUM & PIERCE, P.C.

                s/ Lynn Pierce
                Lynn A. Pierce #18953
                720 Kipling Street, Suite 201
                Lakewood, CO  80215
                (303) 232-3888
                lpierce.blp@comcast.net
                **ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2017, I served a copy of the foregoing via CM/ECF on all interested parties.

                s/ Lynn Pierce