**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 16-cr-00098-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANIEL ANTHONY GARCIA,

    Defendant.

---

**UNITED STATES' RESPONSE TO THE PRESENTENCE
INVESTIGATION REPORT**

---

    Comes now the United States of America, by and through the below signed Assistant United States Attorney for the District of Colorado, responds to the presentence investigation report as follows:

    The United States has reviewed the presentence investigation report (Docket # 39) and has no objection to either the factual portion of it, or the recommended sentence. The United States requests the Court impose a sentence of confinement of 37 months.

Dated: 11 January 2017,

                              ROBERT C. TROYER
                              Acting United States Attorney

                              s/ Kurt J. Bohn
                              KURT J. BOHN
                              Assistant United States Attorney
                              United States Attorney's Office
                              1225 17th Street, Suite 700
                              Denver, Colorado 80202
                              Telephone: (303) 454-0100
                              Telecopier: (303) 454-0403
                              E-mail: kurt.bohn@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on January 11, 2017, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail address:

    Lynne A. Pierce
    Lpierce.blp@comcast.net

    s/ Kurt J. Bohn
    United States Attorney Office

3