**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 16-cr-00098-CMA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  DANIEL ANTHONY GARCIA,

     Defendant.

---

**GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL**
**ONE-LEVEL DECREASE PURSUANT TO U.S.S.G. § 3E1.1(b)**

---

     The United States, through the undersigned Assistant United States Attorney, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b).   Defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

Dated: 11 January 2017,

ROBERT C. TROYER
Acting United States Attorney


s/ Kurt J. Bohn
KURT J. BOHN
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: kurt.bohn@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 11th day of January, 2017, I electronically filed the foregoing **GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO U.S.S.G. § 3E1.1(b)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Lynne A. Pierce
    Lpierce.blp@comcast.net

           s/Kurt J. Bohn
           KURT J. BOHN
           Assistant United States Attorney
           1225 Seventeenth Street, Suite 700
           Denver, Colorado 80202
           Telephone: (303) 454-0100
           Facsimile: (303) 454-0404
           E-mail: Kurt.Bohn@usdoj.gov