### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:16CR00098-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DANIEL ANTHONY GARCIA,

        Defendant.

---

**ORDER REGARDING VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE**

---

THIS MATTER is before the Court upon request by the probation officer due to violations of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

_____ ORDERS the issuance of an arrest warrant.

_____ ORDERS the issuance of a summons.

_____ DENIES the request.

DATED at Denver, Colorado, this _____ day of May, 2021.

BY THE COURT:

_____
Christine M. Arguello
United States District Judge