# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00098-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL ANTHONY GARCIA,

    Defendant.

---

## ORDER REGARDING VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE

---

THIS MATTER is before the Court upon request by the probation officer due to violations of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

  **X**    ORDERS the issuance of an arrest warrant.

  ____    ORDERS the issuance of a summons.

  ____    DENIES the request.

DATED:  May 18, 2021

BY THE COURT:

*Christine M. Arguello*
CHRISTINE M. ARGUELLO
United States District Judge