## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00098-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.	DANIEL ANTHONY GARCIA,

Defendant.

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Lynn Pierce, and hereby enters her appearance as court appointed counsel pursuant to the Criminal Justice Act on behalf of Defendant Daniel Anthony Garcia.

This the 3rd day of August, 2021.

BUTLER, LANDRUM & PIERCE, P.C.

*/s/ Lynn A. Pierce*
Lynn A. Pierce #18953
720 Kipling Street, Suite 201
Lakewood, CO  80215
(303) 232-3888
lpierce.blp@comcast.net
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2021, a true and correct copy of the foregoing was filed with the Clerk of Court via CM/ECF, which will send notification of such filing to all counsel of record.

/s/ Lynn Pierce