**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No:  16-cr-00098-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

    DANIEL ANTHONY GARCIA,

       Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:      The clerk of court and all parties of record

      I hereby certify that I am a member in good standing of the bar of this

court, and I appear in this case as counsel for the United States of America.

Respectfully submitted this 4th day of August, 2021.

          MATTHEW T. KIRSCH
          Acting United States Attorney

    BY:    *s/ Daniel McIntyre*
          Assistant United States Attorney
          U.S. Attorney's Office
          1801 California Street, Suite 1600
          Denver, Colorado 80202
          Phone: (303) 454-0100
          Fax: (303) 454-0401
          Email: dmcintyre@usa.doj.gov
          Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2021, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record:

_s/ Ian McCandless____
Legal Assistant
U.S. Attorney's Office