AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>__Daniel Garcia_____<br>Defendant | )<br>)<br>) Case No. _16-cr-98_<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: _8-9-2021_

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_Lynn Pierce  18953_
*Printed name and bar number of defendant's attorney*

_720 Kipling Lakewood, CO_
*Address of defendant's attorney*

_lpierce.hlp@comcast.net_
*E-mail address of defendant's attorney*

_303-773-7142_
*Telephone number of defendant's attorney*

_303-232-5892_
*FAX number of defendant's attorney*