IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00098-CMA-1

UNITED STATES OF AMERICA

        Plaintiff,

v.

1.  DANIEL GARCIA,

        Defendant.

## DEFENDANT'S COMBINED NOTICE OF INTENT TO ADMIT ALLEGED VIOLATIONS OF SUPERVISED RELEASE AND SENTENCING STATEMENT

        COMES NOW the defendant, Daniel Garcia, by and through his court-appointed attorney, Lynn Pierce, and notifies the Court of his intention to admit the allegations in the Supervised Release Violation Petition [Doc. 49] and further submits the following sentencing statement:

        1.      On October 13, 2016, Mr. Garcia pled guilty to Count 1 of the Indictment, charging a violation of 18 U.S.C. § 922(g)(1), possession of a firearm by a previously convicted felon.  On February 1, 2017, Mr. Garcia was sentenced to 37 months imprisonment and 3 years supervised release.  Supervision commenced on April 22, 2020, and is set to expire on April 21, 2023. Mr. Garcia was arrested on May 13, 2021, by the Pueblo Police Department for weapons possession and violation of state parole. Federal Supervised release warrant was issued on May 18, 2021.

        2.      With regard to the allegations in the Petition, Mr. Garcia notifies the Court

he intends to admit the alleged violations and therefore will not require a contested hearing.

3. By the hearing date of January 5, 2022, Mr. Garcia will have spent 156 days pre-sentence confinement. Mr. Garcia's new case, 21-cr-251-CMA is set for the same time as the instant case and will result in sentence to the Bureau of Prisons.

4. Mr. Garcia reviewed the Supervised Release Violation Report [Doc. 63] and has no objections. Mr. Garcia agrees with the recommendations but asks for a sentence of an additional day.

5. Given the violations in the latest petition and Mr. Garcia's history, he contends that a total of 12 months plus one day of imprisonment is sufficient but not greater than necessary to satisfy the sentencing objectives set forth in 18 U.S.C. 3553(a), specifically, to represent the seriousness of the violations, to afford adequate deterrence and to provide just punishment.

WHEREFORE, Mr. Garcia respectfully requests that the Court sentence him to 12 months and one day with no supervised release to follow.

RESPECTFULLY SUBMITTED this 10th day of December 2021.

BUTLER, LANDRUM & PIERCE, P.C.

*/s/ Lynn A. Pierce*
Lynn A. Pierce #18953
720 Kipling Street, Suite 201
Lakewood, CO  80215
(303) 232-3888
lpierce.blp@comcast.net
**Attorney for Defendant**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of December, 2021, I served a copy of the foregoing via CM/ECF on all interested parties.

/s/ Lynn Pierce