IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00098-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  **DANIEL ANTHONY GARCIA,**

        Defendant.

**ENTRY OF APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 14th day of December 2021.

                                  COLE FINEGAN
                                  United States Attorney

               By:    s/ *Albert Buchman*
                       ALBERT BUCHMAN
                       Assistant United States Attorney
                       United States Attorney's Office
                       1801 California Street, Suite 1600
                       Denver, Colorado 80202
                       Telephone: 303-454-0100
                       Fax: 303-454-0405
                       Email: Al.Buchman@usdoj.gov
                       Attorney for the Government

**CERTIFICATE OF SERVICE**

I certify that on this 14th day of December 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/ Brenda L. Lozano*
BRENDA L. LOZANO
Legal Assistant
United States Attorney's Office

2