# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00098-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL ANTHONY GARCIA,

    Defendant.

_____

## UNITED STATES' RESPONSE TO DEFENDANT'S NOTICE AND SENTENCING STATEMENT
_____

    The United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Albert Buchman, respectfully files this Response to Defendant's "Combined Notice of Intent to Admit Alleged Violations of Supervised Release and Sentencing Statement" ("Notice"). [Dkt. 64 at 2.]

    In his Notice, Defendant requests a prison sentence of 12 months plus one day on the supervised release revocation here. [*Id.* at 2.] Notably, he does not clearly state whether that sentence is to run concurrent or consecutive to his new case, District of Colorado Case No. 21-cr-00251-CMA, pursuant to USSG § 7B1.3(f) and 18 U.S.C. § 3584. [*See id.* (only noting that "Mr. Garcia agrees with the recommendations but asks for a sentence of an additional day.").]

    In response, the Government joins the United States Probation Office's recommendation of a guidelines sentence of 12-months imprisonment to run consecutive

1

to a prison sentence in the new case, without an additional term of supervised release imposed here. [*See* Dkt. 63 at 5.] In taking this position, the Government reasons that a consecutive guidelines sentence is a substantive and necessary sanction to (1) punish Defendant for his Grade B and C violations, including a fifth felony conviction, that all serve to breach the Court's trust, (2) impress upon Defendant the importance of compliance to address his own substance abuse needs, and (3) deter him from future recidivism that would endanger the safety of the community. *See* 18 U.S.C. §§ 3553(a)(1), (a)(2)(B) and (C); *United States v. Contreras-Martinez*, 409 F.3d 1236, 1241 (10th Cir. 2005); USSG § 7B1.3(f).

## CONCLUSION

A sentence of 12-months imprisonment consecutive to District of Colorado Case No. 21-cr-00251-CMA and no further supervised release is sufficient, but not greater than necessary, to accomplish the sentencing goals set forth in 18 U.S.C. § 3553(a).

DATED this 29th day of December 2021.

>Respectfully submitted,
>
>COLE FINEGAN
>United States Attorney
>
>*s/ Albert Buchman*
>ALBERT BUCHMAN
>Assistant United States Attorney
>United States Attorney's Office
>1801 California Street, Suite 1600
>Denver, Colorado 80202
>Phone: (303) 454-0100
>Fax: (303) 454-0403
>E-mail: Al.Buchman@usdoj.gov
>Attorney for the United States

## CERTIFICATE OF SERVICE

      I hereby certify that on December 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                              s/ *Brenda L. Lozano*
                                              BRENDA L. LOZANO
                                              Legal Assistant
                                              United States Attorney's Office