# UNITED STATES DISTRICT COURT

District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Supervised Release) |
| DANIEL ANTHONY GARCIA | Case Number: 1:16-cr-00098-CMA-01 |
| | USM Number: 43500-013 |
| | Lynn Anne Pierce |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation(s)   1-3 of the Petition for Warrant on Person Under Supervision

☐ was found guilty of violation(s) _____
   after denial of guilt.

The defendant is adjudicated guilty of the following violation(s):

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Possession of a Firearm or a Destructive Device | 05/13/2021 |
| 2 | Possession and Use of a Controlled Substance | 11/16/2020 |
| 3 | Possession and Use of a Controlled Substance | 03/08/2021 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated allegations numbered _____ and is discharged to such violation(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.:   4847

Defendant's Year of Birth:   1988

City and State of Defendant's Residence:
Pueblo, Colorado

January 5, 2022
Date of Imposition of Judgment

*Christine M. Arguello*
Signature of Judge

Christine M. Arguello, United States District Judge
Name and Title of Judge

1/6/2022
Date

AO 245D (Rev. CO 11/20)  Judgment in Criminal Case

Judgment — Page 2 of 2

DEFENDANT: DANIEL ANTHONY GARCIA
CASE NUMBER: 1:16-cr-00098-CMA-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **12 months, to run concurrently to sentence imposed in 1:21CR00251-1.  No supervision to follow term of imprisonment.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL